FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 1 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JONES DIGITAL, LLC**                                                            **PLAINTIFF**

VS.                                    NO. 2:23-CV-220-LPR

**ARKANSAS COUNTY, ARKANSAS;**
**THOMAS BEST, in his official capacity**
**as Arkansas County Judge; JOHNNY**
**CHEEK, in his official capacity as**
**Arkansas County Sheriff; TIM BLAIR,**
**in his official capacity as**
**Arkansas County Prosecuting Attorney**                        **DEFENDANTS**

### JONES DIGITAL LLC'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Jones Digital, LLC ("Jones Digital) hereby provides its disclosure statement:

1. Jones Digital is a limited liability whose members are Alpha Digital One, LLC, a limited liability whose sole constituent member is Alpha Digital Holding, Inc., a corporation incorporated under the laws of Delaware with its principal place of business in Delaware; Eagle Asset Holding, Inc., a corporation incorporated under the laws of Delaware with its principal place of business in Delaware; Beskor Balance, Inc., a corporation incorporated under the laws of Delaware with its principal place of business in Delaware; and NewRays Inc., a corporation incorporated under the laws of Delaware with its principal place of business in Delaware.

2. This disclosure is being filed with Jones Digital's verified complaint in accordance with Fed. R. Civ. P. 7.1(b)(1).

Stephen R. Giles (75046)
Gregory T. Jones (83097)
Alexander T. Jones (2015246)
William J. Ogles (2018108)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:  sgiles@wlj.com; gjones@wlj.com;
             ajones@wlj.com; wogles@wlj.com

*Attorneys for Jones Digital, LLC*