## DECLARATION OF CLIFF EVANS

I, Cliff Evans, do hereby state under oath as follows as being true and within my personal knowledge:

1.	I serve as construction manager for Jones Digital, LLC's project in Arkansas County, Arkansas.

2.	As construction manager, I have been directly involved in the planning and scheduling for that project and have been in charge of the day to day operations at the construction site. I have overseen construction of other similar data centers and am personally familiar with how such projects progress and come to completion. And I am personally familiar with the status of construction at Jones Digital's Arkansas County project.

3.	My company began construction of this project on September 28, 2023. Considerable expenditures have already been made and additional payments have been advanced for the near-term delivery of additional equipment in order to complete the project.

4.	I have been informed that Defendants in the pending suit have now claimed that "photos clearly show that the facility is not near completion." Respectfully, that is incorrect. As of the date of this Declaration, we have nearly completed construction.

5.	Absent unforeseen developments, including additional interference or enforcement actions by the opponents to the project, we anticipate completing construction and having the facilities equipped such that actual operations– at least

EXHIBIT 1

on a moderate level - can commence by November 17, 2023. I expect to be present at the early stage of operations to address any operational issues that might arise.

6. However, we are aware of actions undertaken by opponents of the project working in participation with one or more of the Defendants that have already impeded progress towards completing the project.

7. One very recent episode illustrates how opponents of the project have pulled us away from timely completion of the project. At a November 7, 2023, meeting of project opponents – including at least one member of the Arkansas Quorum Court , Mr. Clay Carter - it was announced that they had instigated a new investigation of our project by the Arkansas Department of Environmental Quality.

8. At this same meeting, it was further stated that members of this organized opposition group had met with Judge Best and had been "assured" by him that he and the Arkansas County Sherriff would enforce anything found to be out of compliance.

9. I was thereafter notified that ADEQ personnel would arrive at the work site at 10 a.m. on November 9, 2023.

10. Because of that, I had to arrange to be present on-site and to be available that day to meet with the ADEQ personnel.

11. As a result, November 9, 2023, I was present at the project site when *five* ADEQ employees, *and* a large number of the members of the opposition organization group arrived on site.

3013159-v1

12. The ADEQ personnel's inspection lasted approximately 2 hours, wherein they toured and inspected the site.

13. At one point, the ADEQ employees were asked: "Is it normal to have *five* employees of ADEQ to attend a routine site inspection?" They responded "no".

14. We tried to cooperate with ADEQ personnel throughout the process and, throughout the inspection process, the ADEQ representatives all seemed to act professionally. They offered only a few minor suggestions (some of which we were already in the process of undertaking), but otherwise confirmed that the project's permitting was compliant with the applicable requirements.

15. Although the ADEQ personnel were cordial throughout the process, that process took time away from my duties to finalize the construction of this site. If Defendants or others acting in support of them continue to instigate further "investigations", it will only further act to delay the facility from being operational.

16. It is also of great concern to me, as construction manager, that I could face personal exposure for criminal and civil penalties if the Defendants were to enforce the October Ordinance. And the Ordinance's passage has served as a definite impediment to full progress towards getting operations commenced.

## VERIFICATION

I, Cliff Evans, declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2023.

                                                              Cliff Evans

3013159-v1