9/8/2023

# Baseline Sound Study
# CAD Report #0908 Rev 0

Jones Digital LLC, DeWitt Data Center

DeWitt, AR



FILED

SEP 2̶5̶ KF 2023

TIME: 10:30 am

MELISSA WOOD, CLERK
ARKANSAS COUNTY, ARKANSAS
SOUTHERN DISTRICT

**Clear Acoustic Design**
CLEAR ACOUSTIC DESIGN, LLC
CLEARACOUSTICDESIGN@GMAIL.COM
501.548.7906

EXHIBIT 3

1. Introduction and Purpose...................................................................................................... 2
2. Background............................................................................................................................ 2
3. Sound Level Measurements................................................................................................... 2
    3.1. Site Description............................................................................................................. 2
    3.2. Proposed Station Equipment ........................................................................................ 2
    3.3. Noise Sensitive Areas.................................................................................................... 3
    3.4. Sound Methodology...................................................................................................... 4
    3.5. Measurement Equipment.............................................................................................. 5
    3.6. Weather Conditions...................................................................................................... 5
    3.7. Definitions..................................................................................................................... 6
    3.8. Measurement Results................................................................................................... 7
4. Predicted Noise Levels .......................................................................................................... 9
5. Mitigation.............................................................................................................................. 10
    5.1. Noise Sources............................................................................................................... 10
    5.2. Noise Barriers.............................................................................................................. 10
    5.3. Ground Absorption...................................................................................................... 11
6. Summary............................................................................................................................... 12
Appendix 1 ................................................................................................................................. 13
Appendix 2 ................................................................................................................................. 14

1. Introduction and Purpose

Clear Acoustic Design of Conway, AR has conducted a baseline sound level survey at the request of Jones Digital for their proposed DeWitt Data Center near DeWitt, AR in Arkansas County. This report presents the results of the baseline sound and recommended sound mitigation options as in accordance with the Arkansas County Noise Ordinance Article III Part 2a, Noise Study Requirements. A future building plan with any recommended noise mitigation requirements will be submitted by the owner as in Article III Part 3.

2. Background

Arkansas County enacted a noise ordinance on July 11, 2023, requiring data centers to submit documentation showing baseline sound where a proposed data center is planned to be located. Clear Acoustic Design was asked to perform the study and compose the report. In August 2023, Jones Digital LLC and Clear Acoustic Design entered into an agreement for this work.

3. Sound Level Measurements

   3.1. Site Description

   The site is located North of US Highway 165 S at the intersection of the highway and Bartz Lane just west of the city of DeWitt. As of the date of the survey (August 16, 2023) the property contained a soybean crop. Topography is primarily flat farmland. The site is approximately 3.67 acres, 200 feet running north/side and 800 feet running east/west.

   3.2. Proposed Station Equipment

   The DeWitt data center is planning to house 15 mining containers. Boxes 1-6 located to the South and Boxes 7-15 located to the North. The proposed gravel pad is planned to be 185' x 250'. The container exhausts will be oriented with the exhausts directed to the interior of the facility. This design will allow for maximum noise degradation. See Figure 1 below.

Figure 1. Data Center layout



3.3. Noise Sensitive Areas (NSA)

The nearest residence is located at 20 Bartz Lane which is approximately 350 feet to the northeast of the proposed facility's eastern most property line or approximately 600 feet from the center of the proposed facility. This location will be referred to as NSA 1. Deane Robinson Seed Company, Inc. is located on the east side of Bartz Lane. This property will be referred to as NSA 2. Helena Chemical is located at 665 Hwy 165 to the east of the Seed Company and is NSA 3. These NSAs can be seen in relation to the data center property in Figure 2 below.

Figure 2. NSA locations



3.4. Sound Level Methodology

Christian Lenderman of Clear Acoustic Design conducted sound surveys at the proposed location for the DeWitt Data Center on August 16, 2023. Sound level measurements were taken at 8 locations around the property boundary including Northeast, Southeast, Southwest, Northwest, North, South, East, and West. Sound levels were measured continuously to capture noise using the A-weighted scale. Background sounds included vehicular traffic on US Highway 165 S, soybean irrigation, insects, and birds.

Figure 3. Pre-Construction Ambient Sound Survey Map



3.5. Measurement Equipment

- TSI SoundPro Type 1 DL-1-1/3 SLM octave band meter with Serial Number BLK020010
- QC-10 Calibrator with Serial Number QIJ080133

Equipment was calibrated by 3rd party (Appendix 1) and field calibrated before and after readings. Windscreens were used on the microphone. All instrumentation has current laboratory certification.

3.6. Weather Conditions

The weather conditions during surveys are reported below in Table 1. All conditions were favorable for accurate surveys in accordance with ANSI S12.9.

Table 1. Survey Weather Conditions

|  | August 16, 2023 |
|---|---|
| Temp deg F | 78 |
| Humidity | 62% |
| Wind direction | NNE, NE |
| Wind speed (m/s) | 0.5 – 1.8 |
| Sky Condition | Clear |
| Ground Condition | Irrigated, 4' high soybeans |

3.7. Definitions

Ambient noise as defined by the Arkansas County Ordinance is "The all-encompassing noise level associated with a given environment, being a composite of sounds from all sources, excusing the alleged offensive noise, at the locations and approximate time at which comparison with the alleged offensive noise is to be made."

Environmental noises vary with time of day, seasons, weather, etc. Should traffic be a contributor to background noise, even changes affecting normal traffic can significantly change background noise. In rural areas where background levels are typically low, harvesting, or other farming methods can contribute to changes in background noise. It is difficult to measure noise over long enough periods of time to completely describe ambient noise levels. Therefore, multiple statistical indicators are used to account for these environmental differences. The following will be used to describe the ambient noise at the DeWitt site location.

- A-weighted sound level – This weighting accounts for how the human ear perceives sound and is used for environmental and occupational noise studies. A-weighting is used for all measurements in this study.

- Leq – The equivalent sound pressure level is the level of a constant sound over a specific time period that has the same sound energy as the actual (unsteady) sound over the same period represented in a single number. It is one way to describe sound levels that vary over time as a single decibel value, which

takes into account the total sound energy for the period of interest. The Arkansas County Noise ordinance has requested "average", but this is the standard practice for showing "average" sound even though it is not technically an average.

- Lmax – This is the measured maximum dBA during the measurement period. Some use the word "high" to describe the Lmax. This represents each single vehicle passing by for this location as no other single instance of other background noise were as high as a vehicle.

- Lmin – This is the measured minimum dBA during the measurement period. Some use the word "low" to describe the Lmin.

- L90 – A more frequent statistical analysis used in determining background sound levels is the L90. The L90 is presented here to quantify background sound level by showing the dBA exceeded 90% of the time. Since this is representative of "most" of the time, it is a good measure for ambient baseline levels.

- L10 – The L10 is used to represent shorter duration but higher sound pressure levels (i.e. where vehicles become the overarching noise source). This number defines the noise level which is exceeded 10% of the measurement time.

3.8. Sound Survey Measurement Results

Sound levels were measured at the 8 points around the proposed leased property. Table 2 below shows a description of the survey location as well as the files associated with that point reading. Table 3 below shows the results of the survey using Leq, L90, Lmax and Lmin.

Table 2. Location/file description

| Description of location | GPS | Name | Timestamp | Run Time | File Name |
|---|---|---|---|---|---|
| 1 - Southeast Corner | 34.29866° N, 91.36722° W | S028 | 8/16/2023 10:19 | 0:01:34 | S028_BLK020010_16082023_161806.ndx |
| 1 - Southeast Corner | 34.29866° N, 91.36722° W | S029 | 8/16/2023 10:21 | 0:02:09 | S029_BLK020010_16082023_161807.ndx |
| 2 - East Midpoint | 34.29906° N, 91.36719° W | S030 | 8/16/2023 10:27 | 0:02:19 | S030_BLK020010_16082023_161808.ndx |
| 3 - Northeast Corner | 34.29930° N, 91.36721° W | S031 | 8/16/2023 10:33 | 0:00:45 | S031_BLK020010_16082023_161808.ndx |
| 3 - Northeast Corner | 34.29930° N, 91.36721° W | S032 | 8/16/2023 10:34 | 0:00:50 | S032_BLK020010_16082023_161809.ndx |
| 3 - Northeast Corner | 34.29930° N, 91.36721° W | S033 | 8/16/2023 10:35 | 0:01:02 | S033_BLK020010_16082023_161810.ndx |
| 4 - South Midpoint | 34.29866° N, 91.36861° W | S036 | 8/16/2023 10:51 | 0:01:37 | S036_BLK020010_16082023_161812.ndx |
| 4 - South Midpoint | 34.29866° N, 91.36861° W | S037 | 8/16/2023 10:53 | 0:02:01 | S037_BLK020010_16082023_161813.ndx |
| 5 - Southwest Corner | 34.29869° N, 91.36970° W | S038 | 8/16/2023 10:58 | 0:00:51 | S038_BLK020010_16082023_161813.ndx |
| 5 - Southwest Corner | 34.29869° N, 91.36970° W | S039 | 8/16/2023 10:59 | 0:02:01 | S039_BLK020010_16082023_161814.ndx |
| 6 - Northwest Corner | 34.29925° N, 91.36971° W | S040 | 8/16/2023 11:06 | 0:02:01 | S040_BLK020010_16082023_161815.ndx |
| 7 - West midpoint | 34.29905° N, 91.36970° W | S041 | 8/16/2023 11:10 | 0:02:01 | S041_BLK020010_16082023_161816.ndx |
| 8 - North midpoint | 34.29922° N, 91.36868° W | S042 | 8/16/2023 11:18 | 0:02:08 | S042_BLK020010_16082023_161817.ndx |

Table 3. Sound Survey Results

| | Summary Data for 8 locations surrounding site | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Point | 1 | 1 | 2 | 3 | 3 | 3 | 4 | 4 | 5 | 5 | 6 | 7 | 8 |
| Name | S028 | S029 | S030 | S031 | S032 | S033 | S036 | S037 | S038 | S039 | S040 | S041 | S042 |
| Leq | 67.6 dB | 61.7 dB | 44.7 dB | 44.7 dB | 50.3 dB | 50.6 dB | 47.2 dB | 67.3 dB | 60.9 dB | 56.9 dB | 46.5 dB | 57.6 dB | 46 dB |
| L90 | 38.8 dB | 34.6 dB | 39.5 dB | 38.4 dB | 39.6 dB | 39.3 dB | 45.5 dB | 45.9 dB | 47.2 dB | 46.5 dB | 39.1 dB | 37.3 dB | 34.7 dB |
| Lmax | 81 dB | 76.6 dB | 57.5 dB | 53.6 dB | 57.9 dB | 58.6 dB | 58.4 dB | 80.9 dB | 72 dB | 69.7 dB | 55.1 dB | 71.5 dB | 57.7 dB |
| Lmin | 37.8 dB | 33.5 dB | 38.8 dB | 37.8 dB | 38.2 dB | 38.4 dB | 45.2 dB | 45.4 dB | 46.5 dB | 46.2 dB | 35.8 dB | 36 dB | 32.5 dB |

For an ambient level without traffic, the L90 is a good predictor since it's simply a function of time above a certain level. The L90's at the site fell between 34.6 and 47.2 dBA. But, with the proximity to the highway, traffic noise cannot be ignored. Arkansas DOT Traffic County survey estimates an average of 2500 vehicles daily on Highway 165 S. Assuming most of that traffic occurs during daytime hours, that's approximately 3.5 vehicles/minute which correlates closely to what was noted during the sound surveys taken August 16.

To account for all background noise, traffic must be considered which is where the Leq helps to further delineate. The Leq's varied in the surveys but when averaged fell closely in line to what government agencies also report. According to the Bureau of Transportation Statistic's National Transportation Noise Map of 2018, the Leq along Hwy 165 S is in the range of 55-59.9 dBA which coincides closely with the Leq taken at the site which averaged 54.0 dBA. See Appendix 2 for link to DOT website.

The points along the southern property line (Points 1, 4 and 5) have the highest values due to proximity to the highway. The Lmax at these points was near 80 dB at the time of vehicle passage. The points along the northern property line (Points 3, 6 and 8) still registered traffic noise but the Lmax was much lower, 53-58 dBA, due to natural noise degradation with distance and the ground attenuation by the full soybean crop.

4. Predicted Noise Levels

A basic model was built using ISO 9613 standards (outdoor sound propagation) to simulate the proposed data center at this location. The results of the 8 baseline points as well as the (3) NSAs can be seen below in the noise map. The site is assumed to be built using gravel top dressing which limits ground absorption as is reflected in the model.



As can be seen in the model graphic, the north and sound midpoints are highest at 76-77 dBA while the eastern and western points are near 62-63 dBA. It should be noted that these noise levels should be compared to the LAeq numbers from the baseline study to understand the overall difference in sound levels that will be continuous from the data center. It should also be noted that all (3) NSAs will be at 55 dBA or higher without any mitigation implemented.

5. Mitigation recommendations

A basic noise control evaluation was performed for the data center from the model to recommend noise mitigation strategies. At this time, these are only recommendations and not engineered building plans. Any mitigation strategies chosen by the owner will be submitted to the county in a future report.

It is slightly unclear whether the property boundary for this site considered is the nearest adjacent new property owner (i.e. to NSA 1, 2 or 3) or the leased property boundary to the jointly owned property by the same owner. Further clarification could be required.

5.1. Noise Sources

Engineered solutions can be implemented in the procurement phase of the data center planning which can lower the overall noise produced at the source. The options here are primarily the type of cooling method (i.e. fans), model of computer miner, power supply, and container. This is owner dependent and options are not discussed in this report.

5.2. Noise Barriers

The most practical and effective initial recommendation for noise mitigation is to install a noise abatement wall. The wall will be the most simplistic regarding procurement and installation while providing the most effective noise control. Noise barriers in general should be designed as close to the noise source as possible and disrupt the line of sight between source and receiver while allowing for operations and maintenance of equipment. A 5m tall wall has been modeled around the perimeter of the site and can be seen in the graphic below.



All (3) NSA's have been reduced to below 55 dBA.  The North and South points directly adjacent to the mining equipment have fallen to 59 dBA from 77 dBA.

5.3.  Ground Absorption

Sound propagation outdoors is somewhat dependent on the ground classification.  With the surrounding property being soybeans, that absorption can be high while crops are present.  Another way to help attenuate the noise before it leaves the facility is to use an absorptive top dressing material such as a rubber mulch or similar item instead of SB2 hard gravel.  The results of using an absorptive top dressing and with soybean crops present can be seen below in the graphic.



With highly absorptive ground conditions, the NSAs have been reduced to below 50 dBA.

6. Summary

In summary, the baseline sound survey has shown the following averages for the overall survey taken August 16, 2023 to be the following: the Leq is 54.0 dBA, L90 is 40.5 dBA, Lmax is 65.4 dBA, and the Lmin is 39.4 dBA. A model was prepared to predict noise levels at the property boundary of the data center (which is assumed at the edge of their 200' x 800' site) to be 62 – 77 dBA. Mitigation strategies presented include noise barrier walls and using an absorptive material to replace the gravel fill to achieve near 55 dBA at the data center property boundary.

Appendix 1: Calibration certificates



**PREMIER SAFETY**
CALIBRATION LABORATORY

## Calibration Certificate No. 1125125

| | | | |
|---|---|---|---|
| Instrument: | Sound Level Meter | Date Calibrated: 4/4/2023 | Cal Due: 04/04/2024 |
| Model: | SoundPro SE_DL1 | Status: | Received / Sent |
| Manufacturer: | Quest | In tolerance: | X / X |
| Serial number: | BLK020010 | Out of tolerance: | |
| Tested with: | Microphone 4936 s/n 2819229 | See comments: | |
| | Preamplifier n/a s/n 0122 0247 | Contains non-accredited tests: __ Yes X No | |
| Type (class): | 1 | Calibration service: __ Basic X Standard | |
| Customer: | | Address: | |
| Tel/Fax: | / | | |

Tested in accordance with the following procedures and standards:
Calibration of Sound Level Meters, Scantek Inc., Rev. 6/22/2012
SLM & Dosimeters – Acoustical Tests, Scantek Inc., Rev. 7/6/2011

Instrumentation used for calibration: Nor-1504 Norsonic Test System:

| Instrument - Manufacturer | Description | S/N | Cal. Date | Traceability evidence Cal. Lab / Accreditation | Cal. Due |
|---|---|---|---|---|---|
| 4835-Norsonic | SMC Cal Unit | 31079 | May 11, 2021 | Norsonic SA | May 11, 2023 |
| DS-360-SRS | Function Generator | 123268 | May 07, 2021 | SRS | May 07, 2023 |
| 34401A-Agilent Technologies | Digital Voltmeter | MY53003618 | May 06, 2021 | Agilent Provider #03107 | May 06, 2024 |
| SD700-Extech | Meteo Station | Q756118 | May 11, 2021 | INNOCAL | May 11, 2023 |
| PC Program 1019 Norsonic | Calibration software | v.6.1T | Validated Nov 2014 | Scantek, Inc. | - |
| 1251-Norsonic | Calibrator | 34103 | May 06, 2021 | Scantek, Inc./ NVLAP | May 06, 2023 |
| Quest-Cal | Multifunction calibrator | Q7060003 | May 06, 2021 | Scantek, Inc./ NVLAP | May 06, 2023 |

Instrumentation and test results are traceable to SI (International System of Units) through standards maintained by NIST (USA) and NPL (UK).

Environmental conditions:

| Temperature (°C) | Barometric pressure (kPa) | Relative Humidity (%) |
|---|---|---|
| 23.0 | 101.30 | 26.0 |

| Calibrated by: | Steven Boertmann | Authorized signatory: | Eric Ford |
|---|---|---|---|
| Signature | Steven Boertmann | Signature | Eric Ford |
| Date | 4/04/2023 | Date | 4/04/2023 |

Calibration Certificates or Test Reports shall not be reproduced, except in full, without written approval of the laboratory.
Document stored   C:\Nor1504\Sim\2014\QSproSE1_BLK020010_M7.doc                                    Page 1 of 2



## Calibration Certificate     0005189

| | | | | |
|---|---|---|---|---|
| Instrument: | Acoustical Calibrator | Date Calibrated: 3/9/2023 | Cal Due: 3/9/2024 | |
| Model: | QC-10 | Status: | Received | Sent |
| Manufacturer: | Quest | In tolerance: | X | X |
| Serial number: | QU080133 | Out of tolerance: | | |
| Class (IEC 60942): | 1 | See comments. | | |
| Barometer type: | | Contains non-accredited tests: ___ Yes _X_ No | | |
| Barometer s/n: | | | | |

Customer:                               Address:
Tel/Fax:                    /

Tested in accordance with the following procedures and standards:
  Calibration of Noise Dosimeters, Sound Meters, and Calibrators, Rev. Chf 04

Instrumentation used for calibration: Nor-1504 Norsonic Test System:

| Instrument - Manufacturer | Description | S/N | Cal. Date | Traceability evidence Cal. Lab / Accreditation | Cal. Due |
|---|---|---|---|---|---|
| 4818-Norsonic | SME Cal Unit | 31079 | May 11, 2021 | Norsonic SA | May 11, 2023 |
| DS-360-SRS | Function Generator | 123269 | May 07, 2021 | SRS | May 07, 2023 |
| 34401A-Agilent Technologies | Digital Voltmeter | MY53003818 | May 06, 2021 | Agilent Provider 093107 | May 05, 2024 |
| SD700-Extech | Meteo Station | Q769118 | May 11, 2021 | INNOCAL | May 11, 2023 |
| 140 Norsonic | Real Time Analyzer | 1405506 | May 06, 2021 | Norsonic SA | May 06, 2024 |
| PC Program 1018 Norsonic | Calibration software | v.6.1T | Validated Nov 2014 | Scantek, Inc. | - |
| 40AG-GRAS | Microphone | 444794 | May 06, 2021 | Scantek, Inc. / NVLAP | May 06, 2023 |
| NN1203-Norsonic | Preamplifier | 138531 | May 05, 2021 | Norsonic SA | May 06, 2024 |

Instrumentation and test results are traceable to SI (International System of Units) through standards maintained by NIST (USA) and NPL (UK)

| Calibrated by: | Steven Boertmann | Authorized signatory: | Eric Ford |
|---|---|---|---|
| Signature | Steven Boertmann | Signature | Eric Ford |
| Date | 3-9-23 | Date | 3-9-23 |

Calibration Certificates or Test Reports shall not be reproduced, except in full, without written approval of the laboratory.
This Calibration Certificate or Test Reports shall not be used to claim product certification, approval or endorsement by NVLAP, NIST, or any agency of the federal government.
Document stored as:   C:\Nor1504\Cal\2024\Questc10_QU080133_M2.doc                                    Page 1 of 2

Appendix 2:

[National Transportation Noise Map (dot.gov)](https://www.dot.gov)