IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JONES DIGITAL, LLC**                                                                                      **PLAINTIFF**

**VS.**                                    **NO. 2:23-cv-220-LPR**

**ARKANSAS COUNTY, ARKANSAS;**
**THOMAS BEST, in his official capacity**
**as Arkansas County Judge; JOHNNY**
**CHEEK, in his official capacity as**
**Arkansas County Sheriff; TIM BLAIR,**
**in his official capacity as**
**Arkansas County Prosecuting Attorney**                                    **DEFENDANTS**

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Jones Digital, LLC ("Jones Digital"), and defendants Arkansas County, Arkansas, et al, (collectively "the Parties"), hereby move for entry of a protective order under Fed. R. Civ. P. 26(c). In support of their joint motion, the Parties state as follows:

1. This case arises from an ordinance passed by the Arkansas County Quorum Court on October 10, 2023.

2. Discovery and court filings, and a forthcoming injunction hearing in this case will require the exchange of confidential information including business records, tax records, employment records, and third-party proprietary commercial information.

3. The Parties wish to exchange certain confidential material to streamline the Court's preliminary injunction hearing of November 16, 2023 while preserving the confidentiality of sensitive commercial information in this action.

3013937-v1

4. In order to allow the Parties to exchange certain materials while preserving the confidentiality of sensitive personal and confidential information, the Parties jointly request that the Court enter an appropriate protective order pursuant to Fed. R. Civ. P. 26(c).

5. The Parties jointly submit a proposed protective order as **Exhibit 1**.

6. Adoption of the protective order attached as **Exhibit 1** would allow for the exchange of information and materials under confidential designation while also establishing a clear process through which a party might challenge that confidential designation, should the need arise. *See* Ex. 1, at ¶ 6.

WHEREFORE, the Parties jointly request that the Court: (1) grant their joint motion for protective order under Fed. R. Civ. P. 26(c); and (2) enter the proposed protective order attached thereto as **Exhibit 1** to allow appropriate discovery to proceed under Fed. R. Civ. P. 26(c).

*Jointly submitted by,*

Stephen R. Giles (75046)
Gregory T. Jones (83097)
Alexander T. Jones (2015246)
William J. Ogles (2018108)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: sgiles@wlj.com; gjones@wlj.com;
 ajones@wlj.com; wogles@wlj.com

*Attorneys for Jones Digital, LLC*


and

C. Burt Newell (82118)
Attorney at Law
P.O. Box 1620
Hot Springs, AR 71902
501 321-2222
Burt@hotspringslaw.net

*Attorney for Defendants*