Case 2:23-cv-00220-LPR   Document 24   Filed 11/16/23   Page 1 of

AO 187 (Rev. 7/87) Exhibit and Witness List

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 16, 2023
Tammy H. Downs, Clerk
By: HeatherLyversClark D.C.
DEP CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Jones Digital, LLC

V.

Arkansas County, Arkansas et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:23-CV-00220-LPR

| PRESIDING JUDGE<br>Hon. Lee P. Rudofsky | PLAINTIFF'S ATTORNEY<br>Alex/Greg Jones, Mr. Ogles, Mr. Giles | DEFENDANT'S ATTORNEY<br>Burt Newell |
|---|---|---|
| TRIAL DATE (S)<br>PI Hearing 11/16/2023 | COURT REPORTER<br>Valarie FLora | COURTROOM DEPUTY<br>Heather Clark |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PLAINTIFF'S WITNESS LIST |
| 1 | | 11/16/2023 | | | Clifford Evans |
| 2 | | 11/16/2023 | | | Christian Lenderman |
| 3 | | 11/16/2023 | | | Dr. Korrine Cope |
| 4 | | 11/16/2023 | | | Qimin "Jimmy" Chen |
| 5 | | 11/16/2023 | | | Tom Best, Arkansas County, Arkansas Judge |
| | | | | | |
| | | | | | PLAINTIFF'S EXHIBIT LIST |
| 1 | | 11/16/2023 | X | X | July Noise Ordinance |
| 2 | | 11/16/2023 | X | X | October Noise Ordinance |
| 3 | | 11/16/2023 | X | X | Baseline Noise Ordinance |
| 4 | | | | | Christian Lenderman's CV |
| 5 | | 11/16/2023 | X | X | Dr. Korrine Cope's CV |
| 6 | | 11/16/2023 | X | X | Photograph of Dewitt Site |
| 7 | | 11/16/2023 | X | X | Noise Level Charts |
| 8 | | | | | Riceland Sound Survey Locations Map |
| 9 | | | | | Delta Sound Survey Locations Map |
| 10 | | 11/16/2023 | X | X | Other Stuttgart Sites Measurements |
| 11 | | 11/16/2023 | X | X | Sealed |
| 12 | | 11/16/2023 | X | X | Sealed |
| 13 | | 11/16/2023 | X | X | Emails |
| 14 | | 11/16/2023 | X | X | Resolution 2023-6 Filed November 14, 2023 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Jones Digital, LLC | | vs. | Arkansas County, Arkansas et al. | CASE NO. 4:08CR00412-001 SWW |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | DEFENDANTS' WITNESS LIST |
| | 1 | 11/16/2023 | | | Tim Blair, Prosecuting Attorney for Arkansas County, Arkansas |

Page  2  of  2  Pages