IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JONES DIGITAL, LLC                                                          PLAINTIFF

VS.                       NO. 2:23-CV-220-LPR-JTK

ARKANSAS COUNTY, ARKANSAS, et al.                   DEFENDANTS

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Jones Digital, LLC ("Jones Digital") and defendants Arkansas County, Arkansas, Arkansas County Judge Thomas Best, Arkansas County Sheriff Johnny Cheek, and Arkansas County Prosecuting Attorney Tim Blair ("Defendants") (together, "the Parties") have reached a settlement agreement intended to fully resolve this action. To effectuate that settlement, the Parties hereby jointly move for entry of consent decree, permanent injunction, and judgment. For their joint motion, the Parties state:

1. The Parties have reached agreement on the terms of an enforceable consent decree, which is attached as Exhibit 1 to this motion.

2. On April 2, 2024, the Arkansas County Quorum Court passed an ordinance approving that consent decree. That ordinance is attached as Exhibit 2 to this motion.

3. The Parties request that the Court enter the consent decree and a separate permanent injunction order effectuating its terms.

4. The Parties request that the Court enter judgment to effectuate the consent decree and permanent injunction in accordance with Fed. R. Civ. P. 54.

5. Upon Jones Digital's receipt of all moneys owed in accordance with the forthcoming judgment, Jones Digital will promptly submit a filing to indicate the satisfaction of that judgment to fully resolve this action.

WHEREFORE, plaintiff Jones Digital, LLC ("Jones Digital") and defendants Arkansas County, Arkansas, Arkansas County Judge Thomas Best, Arkansas County Sheriff Johnny Cheek, and Arkansas County Prosecuting Attorney Tim Blair pray that the Court (1) grant their joint motion for entry of consent decree; (2) enter the consent decree attached as Exhibit 1 to this motion; (3) enter a separate permanent injunction order effectuating its terms; and (4) enter judgment based on the consent decree and permanent injunction in accordance with Fed. R. Civ. P. 54.

*Jointly submitted:*

_____
Stephen R. Giles (75046)
Gregory T. Jones (83097)
Alexander T. Jones (2015246)
William J. Ogles (2018108)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:   sgiles@wlj.com;
gjones@wlj.com; ajones@wlj.com;
wogles@wlj.com

*Attorneys for Jones Digital, LLC*

_____
C. Burt Newell (82118)
Attorney at Law
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
E-Mail: burt@hotspringslaw.net

*Attorneys for Defendants*