# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JONES DIGITAL, LLC**                                                                                                   **PLAINTIFF**

**v.**                      **Case No. 2:23-CV-220-LPR-JTK**

**ARKANSAS COUNTY, ARKANSAS;**
**THOMAS BEST, in his official capacity**
**as Arkansas County Judge; JOHNNY**
**CHEEK, in his official capacity as**
**Arkansas County Sheriff; TIM BLAIR,**
**in his official capacity as**
**Arkansas County Prosecuting Attorney**                     **DEFENDANTS**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of plaintiff Jones Digital, LLC ("Jones Digital") pursuant to the amended consent decree jointly proposed by Jones Digital and defendants Arkansas County, Arkansas et al. ("Defendants"). Therefore, the Court enjoins the Defendants from violating any of the terms of the amended consent decree. Each party is to bear their own costs except as provided by the amended consent decree.

IT IS SO ADJUDGED this 1st day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE